# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

FID 11864582

**RECEIVED** By USMS District of Columbia District Court at 12:59 pm, Sep 22, 2025

| | |
|---|---|
| United States of America<br>v.<br>Jacob Samuel Winkler<br>aka<br>Jacob Samuel Winckler<br><br>*Defendant* | ) Case: 1:25-mj-00227<br>) Assigned To: Judge Faruqui, Zia M.<br>) Assign. Date: 9/22/2025<br>) Description: COMPLAINT W/ARREST WARRANT<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jacob Samuel Winkler                             ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
   18 U.S.C. § 39A -  Aiming a Laser Pointer at an Aircraft

Date:   09/22/2025

*Issuing officer's signature*

City and state:   Washington, DC           Zia M. Faruqui, United States Magistrate Judge
                                           *Printed name and title*

### Return

This warrant was received on *(date)* 9/22/2025, and the person was arrested on *(date)* 9/22/2025
at *(city and state)* Washington, DC.

Date: 9/22/2025

*Arresting officer's signature*

Jhyree Harris  DUSM
*Printed name and title*