UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on January 10, 2025

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 25-mj-227 |
| | : | |
| JACOB SAMUEL WINKLER | : | VIOLATION: |
| also known as JACOB SAMUEL | : | |
| Winckler | : | 18 U.S.C. § 39A |
| | : | (Aiming a Laser Pointer at an |
| | : | Aircraft) |
| Defendant. | : | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about September 20, 2025, the defendant, Jacob Samuel Winkler also known as Jacob Samuel Winckler, while in the District of Columbia, knowingly aimed the beam of a laser pointer at an aircraft in the special aircraft jurisdiction of the United States, and/or at the flight path of such an aircraft.

(**Aiming a Laser Pointer at an Aircraft**, in violation of Title 18, United States Code, Section 39A)

A TRUE BILL:


FOREPERSON

JEANINE FERRIS PIRRO
United States Attorney

_____
JOCELYN BALLANTINE
Assistant United States Attorney
District of Columbia