CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

**FILED**

**JAN 13 2026**

Clerk, U.S. District and Bankruptcy Courts

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No.: 25CR298(BAH) |
| ) | |
| JACOB SAMUEL WINKLER ) | |

## NOTE FROM JURY

We have reached a verdict

p.s. we'd like to point out to the judge a discrepancy between language on verdict form and instructions w/r to laser. It does NOT affect our verdict.

Date: 1-13-26

Time: 3:55 pm

FOREPERSON