UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

**FILED**
JAN 13 2026
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA

v.

JACOB WINKLER,

Defendant.

Criminal Case No. 25-cv-298 (BAH)

Judge Beryl A. Howell

## VERDICT FORM

With respect to the offense of aiming a laser pointer at an aircraft, in violation of Section 39A(a) of Title 18 of the United States Code, we, the members of the jury, unanimously find defendant Jacob Winkler,

__X__ NOT GUILTY       _____ GUILTY

DATE/TIME: 1-13-26 / 3:55 pm

_____
FOREPERSON'S SIGNATURE

*[Handwritten notations, rotated: "1/13/26", "1551", "SMF #13"]*